**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SEEGERT, an individual, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MUFG Union Bank, N.A.,<br><br>                    Defendant. | Case No: 18CV0742AJB BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE THAT this action is voluntarily dismissed by Plaintiff Sandra Seegert in its entirety, without prejudice. This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 1, 2019                                    Respectfully submitted,


                                                       */s/ Todd D. Carpenter*
                                                       **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
                                                       Todd D. Carpenter
                                                       *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE